IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 15-70020 |
| James W. Price | : | |
|     Debtor | : | |
| | : | Chapter 13 |
| James W. Price | : | |
| | : | Doc. # 75 |
|     Movant | : | |
| | : | Related to Document No. 62 |
| v. | : | |
| MCT Services, LLC | : | |
|     Respondent | : | |

FILED
12/26/19 11:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### ORDER TO TERMINATE WAGE ATTACHMENT AGAINST MCT SERVICES

AND NOW, this \_\_\_26th\_\_\_ day of \_\_\_December\_\_\_, 2019, upon consideration of the Motion to Terminate Wage Attachment Order, it is hereby ORDERED, ADJUDGED AND DECREED that the Wage Attachment Order dated January 29, 2016, against MCT Services is hereby terminated.

_____ jsf
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 15-70020-JAD
James W Price                                                                       Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7        User: bsil              Page 1 of 1              Date Rcvd: Dec 26, 2019
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2019.
db             +James W Price,   1464 Soap Hollow Road,   Johnstown, PA 15905-8011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 26, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    MidFirst Bank andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              Leonard P. Vigna    on behalf of Plaintiff Kimberly  Price lpv@ktwllaw.com,
               ams@ktwllaw.com;r42123@notify.bestcase.com
              Leonard P. Vigna    on behalf of Creditor Kimberly  Price lpv@ktwllaw.com,
               ams@ktwllaw.com;r42123@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Terry L. Graffius    on behalf of Defendant James W Price tgraffius@lhrklaw.com,
               jbudzina@lhrklaw.com
              Terry L. Graffius    on behalf of Debtor James W Price tgraffius@lhrklaw.com,   jbudzina@lhrklaw.com
                                                                                             TOTAL: 8