**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  JAMES W PRICE | Case No. 15-70020JAD |
| Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>    vs.<br>  JAMES W PRICE | Chapter 13<br><br>Related to Document No. 79 |
| Respondents | |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __5th__ day of __March__, 20__20__, it is hereby ORDERED, ADJUDGED, and DECREED that,

> York International Corp
> Attn: Payroll Manager
> 5757 N Green Bay Ave
> Milwaukee, WI 53209

is hereby ordered to immediately terminate the attachment of the wages of JAMES W PRICE, social security number XXX-XX-5141. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JAMES W PRICE.

cc: Debtor(s)
   Debtor(s) Attorney
   Debtor(s) Employer

BY THE COURT:

_____ sjk
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
3/5/20 11:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-70020-JAD
James W Price                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7        User: agro              Page 1 of 1              Date Rcvd: Mar 05, 2020
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2020.
db              +James W Price,    1464 Soap Hollow Road,    Johnstown, PA 15905-8011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    MidFirst Bank andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              Leonard P. Vigna    on behalf of Plaintiff Kimberly  Price lpv@ktwllaw.com,
               ams@ktwllaw.com;r42123@notify.bestcase.com
              Leonard P. Vigna    on behalf of Creditor Kimberly  Price lpv@ktwllaw.com,
               ams@ktwllaw.com;r42123@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Terry L. Graffius    on behalf of Defendant James W Price tgraffius@lhrklaw.com,
               jbudzina@lhrklaw.com
              Terry L. Graffius    on behalf of Debtor James W Price tgraffius@lhrklaw.com,   jbudzina@lhrklaw.com
                                                                                             TOTAL: 8