Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**James W Price**
  Debtor(s)

Bankruptcy Case No.: 15−70020−JAD

Chapter: 13
Docket No.: 83 − 82

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 28th of April, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/15/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/24/20 at 11:00 AM in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/15/20.**

                                                        Jeffery A. Deller
                                                        United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-70020-JAD
James W Price                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: jfur              Page 1 of 1             Date Rcvd: Apr 29, 2020
                              Form ID: 408            Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2020.
```
db          +James W Price,    1464 Soap Hollow Road,     Johnstown, PA 15905-8011
13979270     Citi,    P.O. Box 6421,    Sioux Falls, SD   57117
14030063     ECAST SETTLEMENT CORPORATION, ASSIGNEE,     OF CITIBANK, N.A.,    POB 29262,
              NEW YORK, NY 10087-9262
13979271    +Kimberly Price,    2507 Bradford Street,     Morehead City, NC 28557-3473
13979272    +Kirkman, Whitford, Brady, Berryman & Far,    710 Arendell Street,    Suite 105,
              Morehead City, NC 28557-4240
14032970    +MidFirst Bank,    999 NorthWest Grand Boulevard,     Oklahoma City, OK 73118-6051
13979273     Midland Mortgage,    P.O. Box 26888,    Oklahoma City, OK   73126
13979274     TDRCS/Cub Cadet,    100 MacArthur Blvd.,    Mahwah, NJ   07430
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13979275    +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Apr 30 2020 03:01:10      U. S. Trustee's Office,
              1001 Liberty Ave.,    Liberty Center,    Suite 970,    Pittsburgh, PA 15222-3721
                                                                                             TOTAL: 1
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr           Kimberly Price
cr           MidFirst Bank
14031831     Kimberly Price
14128379    ##+Burlington Labs,    Courthouse Plaza,    199 Main St., Suite 226,     Burlington, VT 05401-8309
                                                                                  TOTALS: 3, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2020 at the address(es) listed below:
```
          Andrew F Gornall    on behalf of Creditor    MidFirst Bank andygornall@latouflawfirm.com
          James  Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
          Leonard P. Vigna    on behalf of Plaintiff Kimberly  Price lpv@ktwllaw.com,
           ams@ktwllaw.com;r42123@notify.bestcase.com
          Leonard P. Vigna    on behalf of Creditor Kimberly  Price lpv@ktwllaw.com,
           ams@ktwllaw.com;r42123@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Terry L. Graffius    on behalf of Defendant James W Price tgraffius@lhrklaw.com,
           kmaris@lhrklaw.com
          Terry L. Graffius    on behalf of Debtor James W Price tgraffius@lhrklaw.com,  kmaris@lhrklaw.com
                                                                                             TOTAL: 8
```