**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JAMES W PRICE<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:15-70020 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code, *
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 27, 2020

**\*Pursuant to 10-5-15 Order at Adversary 15-07012 Doc. 18, the debt owed to Kimberly Price arising from the consent order dated December 14, 2011 and filed December 15, 2011 within the parties' divorce proceeding in the County of Carteret, North Carolina at 08 CVD 1757 is excepted from the bankruptcy discharge.**

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 01/09/2015 and confirmed on 2/27/15. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 21,958.11 |
| Less Refunds to Debtor | 547.51 | |
| TOTAL AMOUNT OF PLAN FUND | | 21,410.60 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,310.00 | |
|    Trustee Fee | 885.69 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,195.69 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
|   TERRY L GRAFFIUS ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   JAMES W PRICE<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   JAMES W PRICE<br>    Acct: | 176.76 | 176.76 | 0.00 | 0.00 |
|   JAMES W PRICE<br>    Acct: | 370.75 | 370.75 | 0.00 | 0.00 |
|   LEVENTRY HASCHAK & RODKEY LLC<br>    Acct: | 2,310.00 | 2,310.00 | 0.00 | 0.00 |
|   DOMESTIC RELATIONS OBLIGATION<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   NORTH CAROLINA CHILD SUPPORT CEN<br>    Acct: XXXXXXX1757 | 6,064.00 | 6,064.00 | 0.00 | 6,064.00 |
|   MIDFIRST BANK SSB*<br>    Acct: 6003 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 6,064.00 |
| **Unsecured** | | | | |
|   ECAST SETTLEMENT CORP<br>    Acct: 6129 | 1,396.82 | 288.66 | 0.00 | 288.66 |
|   KIMBERLY PRICE<br>    Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
|   KIRKMAN WHITEFORD BRADY BERRYM/<br>    Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
|   MIDLAND MORTGAGE CO*<br>    Acct: 6003 | 0.00 | 0.00 | 0.00 | 0.00 |
|   TD RCS LITMAN<br>    Acct: 0076 | 0.00 | 0.00 | 0.00 | 0.00 |
|   MIDFIRST BANK SSB*<br>    Acct: 6003 | 57,400.74 | 11,862.25 | 0.00 | 11,862.25 |
|   BURLINGTON INDUSTRIES INC<br>    Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
|   ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |

15-70020 JAD                                                                                    Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: | | | | |
| | | | | | 12,150.91 |

TOTAL PAID TO CREDITORS                                                                18,214.91

| TOTAL | |
|---|---:|
| CLAIMED | 6,064.00 |
| PRIORITY | 0.00 |
| SECURED | 58,797.56 |

Date: 04/27/2020                                    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JAMES W PRICE

        Debtor(s)

    Ronda J. Winnecour
          Movant
       vs.
    No Repondents.

Case No.:15-70020 JAD

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code. **\***

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**\*Pursuant to 10-5-15 Order at Adversary 15-07012 Doc. 18, the debt owed to Kimberly Price arising from the consent order dated December 14, 2011 and filed December 15, 2011 within the parties' divorce proceeding in the County of Carteret, North Carolina at 08 CVD 1757 is excepted from the bankruptcy discharge.**

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-70020-JAD
James W Price                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: jfur                    Page 1 of 1              Date Rcvd: Apr 29, 2020
                              Form ID: pdf900               Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2020.
db            +James W Price,   1464 Soap Hollow Road,   Johnstown, PA 15905-8011
13979270       Citi,   P.O. Box 6421,   Sioux Falls, SD   57117
14030063       ECAST SETTLEMENT CORPORATION, ASSIGNEE,   OF CITIBANK, N.A.,   POB 29262,
               NEW YORK, NY 10087-9262
13979271      +Kimberly Price,   2507 Bradford Street,   Morehead City, NC 28557-3473
13979272      +Kirkman, Whitford, Brady, Berryman & Far,   710 Arendell Street,   Suite 105,
               Morehead City, NC 28557-4240
14032970      +MidFirst Bank,   999 NorthWest Grand Boulevard,   Oklahoma City, OK 73118-6051
13979273       Midland Mortgage,   P.O. Box 26888,   Oklahoma City, OK   73126
13979274       TDRCS/Cub Cadet,   100 MacArthur Blvd.,   Mahwah, NJ   07430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13979275      +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Apr 30 2020 03:01:10     U. S. Trustee's Office,
               1001 Liberty Ave.,   Liberty Center,   Suite 970,   Pittsburgh, PA 15222-3721
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Kimberly Price
cr             MidFirst Bank
14031831       Kimberly Price
14128379     ##+Burlington Labs,   Courthouse Plaza,   199 Main St., Suite 226,   Burlington, VT 05401-8309
                                                                               TOTALS: 3, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2020 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    MidFirst Bank andygornall@latouflawfirm.com
          James  Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
          Leonard P. Vigna    on behalf of Plaintiff Kimberly   Price lpv@ktwllaw.com,
           ams@ktwllaw.com;r42123@notify.bestcase.com
          Leonard P. Vigna    on behalf of Creditor Kimberly   Price lpv@ktwllaw.com,
           ams@ktwllaw.com;r42123@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Terry L. Graffius    on behalf of Defendant James W Price tgraffius@lhrklaw.com,
           kmaris@lhrklaw.com
          Terry L. Graffius    on behalf of Debtor James W Price tgraffius@lhrklaw.com,  kmaris@lhrklaw.com
                                                                                            TOTAL: 8