**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    JAMES W PRICE

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-70020 JAD

Chapter 13

Document No.:82

FILED
6/18/20 3:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

    AND NOW, this ____18th____ day of ____June____, 20_20_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code. *

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____jsf
U.S. BANKRUPTCY JUDGE

**\*Pursuant to 10-5-15 Order at Adversary 15-07012 Doc. 18, the debt owed to Kimberly Price arising from the consent order dated December 14, 2011 and filed December 15, 2011 within the parties' divorce proceeding in the County of Carteret, North Carolina at 08 CVD 1757 is excepted from the bankruptcy discharge.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
James W Price  
    Debtor  

Case No. 15-70020-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7      User: agro      Page 1 of 1      Date Rcvd: Jun 18, 2020  
                       Form ID: pdf900     Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2020.
```
db             +James W Price,    1464 Soap Hollow Road,    Johnstown, PA 15905-8011
13979270        Citi,    P.O. Box 6421,    Sioux Falls, SD    57117
14030063        ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK, N.A.,    POB 29262,
                 NEW YORK, NY 10087-9262
13979271       +Kimberly Price,    2507 Bradford Street,    Morehead City, NC 28557-3473
13979272       +Kirkman, Whitford, Brady, Berryman & Far,    710 Arendell Street,    Suite 105,
                 Morehead City, NC 28557-4240
14032970       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13979273        Midland Mortgage,    P.O. Box 26888,    Oklahoma City, OK    73126
13979274        TDRCS/Cub Cadet,    100 MacArthur Blvd.,    Mahwah, NJ    07430
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13979275       +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jun 19 2020 04:01:44     U. S. Trustee's Office,
                 1001 Liberty Ave.,    Liberty Center,    Suite 970,    Pittsburgh, PA 15222-3721
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Kimberly Price
cr              MidFirst Bank
14031831        Kimberly Price
14128379      ##+Burlington Labs,    Courthouse Plaza,    199 Main St., Suite 226,    Burlington, VT 05401-8309
                                                                                    TOTALS: 3, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020                                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2020 at the address(es) listed below:
```
              Andrew F Gornall     on behalf of Creditor    MidFirst Bank andygornall@latouflawfirm.com
              James Warmbrodt     on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              Leonard P. Vigna     on behalf of Plaintiff Kimberly   Price lpv@ktwllaw.com,
               ams@ktwllaw.com;r42123@notify.bestcase.com
              Leonard P. Vigna     on behalf of Creditor Kimberly   Price lpv@ktwllaw.com,
               ams@ktwllaw.com;r42123@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Terry L. Graffius     on behalf of Defendant James W Price tgraffius@lhrklaw.com,
               kmaris@lhrklaw.com
              Terry L. Graffius     on behalf of Debtor James W Price tgraffius@lhrklaw.com,   kmaris@lhrklaw.com
                                                                                             TOTAL: 8
```